IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.119.184.253

**ISP:** AT&T U-verse
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/10/2018 06:03:52 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 05/10/2018 05:58:23 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 05/04/2018 21:10:44 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 04/27/2018 19:05:56 | 68FE86DBC86BB1C0101FBAE8F17C6C0F8F39F083 | In The Mood |
| 11/08/2017 05:55:22 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 06/12/2017 03:50:03 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX178